# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ernest Allen | ) | Case No: 91cr489 |
| | ) | USM No: 22651-034 |
| Date of Original Judgment: 04/08/1992 | ) | |
| Date of Previous Amended Judgment: 12/04/2008 | ) | Gary V. Schwabe |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Total Offense Level: ____ as of _____ Amended Total Offense Level: _____
Criminal History Category: _____ Criminal History Category: _____
Previous Guideline Range: ____ to ____ months Amended Guideline Range: ____ to ____ months

*(Complete Part II of Page 2 when motion is granted)*

**COMMENTS** *(For Public Disclosure)*

The current sentence is fair and reasonable.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/19/2012

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Kurt D. Engelhardt, District Judge
*Printed name and title*